UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————————————————X

ROBERT BINYARD,

               Plaintiff,

    -against-

THE ADMINISTRATION OF CHILDREN
SERVICES,

            Defendant.

———————————————————————X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E D.N.Y.

★ MAY 27 2005 ★

BROOKLYN OFFICE

JUDGMENT
05-CV-2062 (JG)

JOHN GLEESON, United States District Judge:

        Pursuant to the order issued ____May 20____ by the Honorable John Gleeson, United

States District Judge, dismissing the complaint, it is

        **ORDERED, ADJUDGED AND DECREED:** That the complaint is hereby dismissed.

For purpose of any appeal, the Court certifies pursuant to 28 U.S.C. 1915 (a)(3) that any *in forma*

*pauperis* appeal would not be taken in good faith.

                          s/John Gleeson
                        JOHN GLEESON/U.S.D.J.

Dated:  Brooklyn, New York
       May 20 , 2005